# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY NEWARK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; and ) <br> The States of CALIFORNIA, DELAWARE, ) <br> FLORIDA, GEORGIA, HAWAII, ) <br> ILLINOIS, INDIANA, LOUISIANA, ) <br> MICHIGAN, NEVADA, NEW ) <br> HAMPSHIRE, NEW JERSEY, ) <br> NEW MEXICO, NEW YORK ) <br> OKLAHOMA, RHODE ISLAND ) <br> TENNESSEE, TEXAS, WISCONSIN ) <br> THE COMMONWEALTH OF ) <br> MASSACHUSETTS, THE ) <br> COMMONWEALTH OF VIRGINIA, ) <br> and THE DISTRICT OF COLUMBIA, ) <br> *ex rel.* DELE OBAITAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PRICARA, a unit of ) <br> ORTHO-MCNEIL, a division of ) <br> ORTHO-MCNEIL JANSSEN ) <br> PHARMACEUTICALS, INC. ) <br> ) <br> Defendants ) | Civil Action No. 10-6774 <br><br> RECEIVED <br> OCT 02 2014 <br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK <br><br> **FILED UNDER SEAL** <br> **Pursuant to 31 U.S.C. §3730(b)(2)** |

### THE PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to their respective state statutes, the States of California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Virginia, Wisconsin and the District of Columbia ("the States") notify the Court of their

STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

decisions to not intervene in this Action. Relator filed this action under the Federal False Claims Act and similar statues existing in 21 states and the District of Columbia. The States have asked undersigned counsel for the State of New Jersey to inform the Court that they have decided not to intervene in this action.

The State of Texas has previously filed a Notice of Non-Intervention in this matter pursuant to the Texas Medicaid Fraud Prevention Act, chapter 36 of the Texas Human Resources Code ("TMFPA"). This Notice was filed in August 2011.

In the event the Relator files a Motion for Voluntary Dismissal without Prejudice, the States, (with the exception of the Commonwealth of Virginia),[1] and the State of Texas hereby consent to said voluntary dismissal, and request all motions to that effect and Orders or rulings by the Court be sent to them by Relator's counsel.

The States and the State of Texas request that Relator's counsel serve all complaints, notices of appeal, Orders of this Court, and supporting memoranda on them.

The States and the State of Texas request that the Plaintiff States' Notice of Election to Decline Intervention and Consent to Voluntary Dismissal without Prejudice be unsealed to the public, along with the Court's Order on this Declination, and the prior Texas Notice of Non-Intervention filed in August 2011 upon unsealing of the complaint by Court Order..

The Plaintiff States reserve their right to order any deposition transcripts, and to move to intervene in this action, for good cause, at a later date.

---

[1] Pursuant to Va. Code Ann. § 8.01-216.5(A), Relator Obaitan must obtain the Commonwealth of Virginia's separate, written consent prior to voluntary dismissal in this matter.

**STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

A proposed order accompanies this notice.

Respectfully Submitted,

_____
Joshua Lichtblau
Assistant Attorney General
State of New Jersey
Medicaid Fraud Control Unit
Office of the Attorney General
25 Market Street
PO Box 0094
Trenton, NJ 08625-0094
lichtblauj@njdcj.org

ATTORNEY FOR THE STATE OF NEW JERSEY and filing at the request of the States of California, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Michigan, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oklahoma, Rhode Island, Tennessee, Texas, Wisconsin, the Commonwealths of Massachusetts and Virginia, and the District of Columbia.

THE STATE OF CALIFORNIA

BY:/s/ Adelina O. Berumen
ADELINA O. BERUMEN
Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, CA 92108
adelina.berumen@doj.ca.gov

THE STATE OF DELAWARE

BY: /s/ Tiphanie P. Miller
TIPHANIE P. MILLER
Delaware State Bar Number: 5212
State of Delaware
State of Delaware Department of Justice
900 North King Street, 4th Floor
Wilmington, DE 19801
Tel. (302) 577-4208
Fax: (302) 577-3090
Tiphanie.Miller@state.de.us


THE STATE OF FLORIDA

BY: /s/ Kathleen Von Hoene
KATHLEEN VON HOENE
Bureau Chief
MFCU- Complex Civil Enforcement Bureau
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3600
kathleen.vonhoene@myfloridalegal.com


THE STATE OF GEORGIA

SAMUEL S. OLENS
GEORGIA ATTORNEY GENERAL

BY:/s/ Kevin D. Bradberry
KEVIN D. BRADBERRY
Ga. Bar No. 532880
Assistant Attorney General
200 Piedmont Ave, S.E.
West Tower, 19th Floor
Atlanta, Georgia 30334
Telephone: (404) 656-7307
Facsimile: (404) 656-7441
kbradberry@law.ga.gov

STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

THE STATE OF HAWAI'I

BY: /s/ Michael L. Parrish
MICHAEL L. PARRISH
MFCU Director
State of Hawai'i
Department of the Attorney General
333 Queen St. 10th Floor
Honolulu, Hawai'i 96813
Michael.L.Parrish@hawaii.gov


THE STATE OF ILLINOIS

BY: /s/ Frederick H. Crystal
FREDERICK H. CRYSTAL
Bureau Chief, Medicaid Fraud Control Unit
Office of the Illinois Attorney General
Attorney General Lisa M. Madigan
100 W. Randolph St., 13th Floor
Chicago, Illinois, 60601
312-814-1624 Office
312-520-8449 Cell
312-814-5366 Fax
FCrystal@atg.state.il.us


THE STATE OF INDIANA

BY: /s/ Steven Hunt
STEVEN HUNT
Supervising Deputy Attorney General
Medicaid Fraud Control Unit
8005 Castleway Drive
Indianapolis, Indiana 46250
(317) 915-5320
(317) 232-6523 Fax
Steven.Hunt@atg.in.gov


THE STATE OF LOUISIANA

BY: /s/ Nicholas J. Diez
NICHOLAS J. DIEZ
La. Bar #31701

Assistant Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
DiezN@ag.state.la.us

THE COMMONWEALTH OF
MASSACHUSETTS

BY: /s/ Steven L. Hoffman
STEVEN L. HOFFMAN
BBO # 237280
Assistant Attorney General
Medicaid Fraud Division
One Ashburton Place
Boston, MA 02108
(617) 963-2389
steven.hoffman@state.ma.us

THE STATE OF MICHIGAN

BY: /s/ Deborah Harper
DEBORAH HARPER
Assistant Attorney General
State Of Michigan
Health Care Fraud Division
Ph: 517.241.6500
Fax: 517.241.6515
HarperD3@michigan.gov

THE STATE OF NEVADA

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

BY: /s/ Mark Kemberling
MARK KEMBERLING
Nevada State Bar No. 5388
Chief Deputy Attorney General
Office of the Attorney General
555 East Washington Avenue,
Suite 3900
Las Vegas, Nevada 89101-1068

**STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

P: (702) 486-3111
mkemberling@ag.nv.gov

THE STATE OF NEW HAMPSHIRE

BY: /s/ Karin M. Eckel
KARIN M. ECKEL, Bar No. 16835
Assistant Attorney General
Director, Medicaid Fraud Control Unit
Office of the Attorney General
33 Capitol Street
Concord, NH 03301
603.271.1256
Karin.eckel@doj.nh.gov

THE STATE OF NEW MEXICO

BY: /s/Patricia Padrino Tucker
PATRICIA PADRINO TUCKER
New Mexico State Bar No. 16890
Deputy Director
Medicaid Fraud & Elder Abuse
Division
Office of the State Attorney General
111 Lomas Blvd. NW, Suite 300
Albuquerque, New Mexico 87102
P: (505) 222-9000
ptucker@nmag.gov

THE STATE OF NEW YORK

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

BY: /s/ Andrew Gropper
ANDREW GROPPER
Special Assistant Attorney General
Medicaid Fraud Control Unit
120 Broadway - 13th Floor
New York, New York 10271-0007
(212) 417-5395
Andrew.Gropper@ag.ny.gov

THE STATE OF OKLAHOMA

BY: /s/ Christopher P. Robinson
CHRISTOPHER P. ROBINSON
Oklahoma State Bar No. 31204
Assistant Attorney General
Oklahoma Office of the Attorney
General
313 NE 21st Street
Oklahoma City, Oklahoma 73105
Christopher.Robinson@oag.ok.gov


THE STATE OF RHODE ISLAND

PETER F. KILMARTIN
ATTORNEY GENERAL

By: /s/ James F. Dube
JAMES F. DUBE, # 4381
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
E-mail: JDube@riag.ri.gov

THE STATE OF TENNESSEE

By: /s/ Mary Elizabeth McCullohs
MARY ELIZABETH MCCULLOHS
(BPR #026467)
Assistant Attorney General
Tennessee Attorney General's Office
425 Fifth Avenue North
Nashville, Tennessee 37243-3400
615-741-8126
mary.mccullohs@ag.tn.gov


THE STATE OF TEXAS

GREG ABBOTT
Attorney General of Texas

DANIEL HODGE

First Assistant Attorney General

JOHN SCOTT
Deputy Assistant Attorney General

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud
Division

BY: /s/ Mark Coffee
MARK COFFEE
Assistant Attorney General
SBN 04483500
Office of the Attorney General
Civil Medicaid Fraud Division
POB 12548
Austin, Texas 78711-2548
(512) 936-0260 Telephone
(512) 542-4275 Cell
mark.coffee@texasattorneygeneral.gov
**ATTORNEYS FOR THE STATE OF TEXAS**


THE COMMONWEALTH OF VIRGINIA

BY: /s/ Elizabeth L. Fitzgerald
ELIZABETH L. FITZGERALD
Virginia State Bar No.: 75479
Virginia Attorney General's Office
Medicaid Fraud Control Unit
900 E. Main St.
Richmond, VA 23230
Phone: (804) 786-6547
efitzgerald@oag.state.va.us


THE STATE OF WISCONSIN

BY: /s/ Katie M. Wilson
KATIE M. WILSON
WI Bar # 1074344
Wisconsin Department of Justice
Assistant Attorney General
Division of Legal Services
wilsonkm@doj.state.wi.us

**STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

Phone: 608-261-8116
Fax: 608-261-7991
17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857

THE DISTRICT OF COLUMBIA

IRVIN B. NATHAN
Attorney General for the District of Columbia

BY: /s/ Jane Drummey
JANE DRUMMEY
Assistant Attorney General
D.C. Bar No. 441172
441 4th Street, N.W. Suite 630 S
Washington, D.C. 20001
(202) 727-2658
jane.drummey@dc.gov

Attorneys for the District of Columbia

**STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

## CERTIFICATE OF SERVICE

    I hereby certify that this document with any attachments will be served on the parties listed above, as well as relator's counsel and the United States Attorney's Office representative listed below, via United States mail service.

Dated: October 2, 2014.

                                                  Joshua Lichtblau

**David Dauenheimer**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973-645-2925
Fax: 973-297-2010
E-mail: David.dauenheimer2@usdoj.gov

**Stone & Magnanini, LLP**
Counsel for the Relator
150 JFK Parkway, 4th Floor
Short Hills, NJ 07078